ATTORNEY GRIEVANCE COMMISSION    \*      IN THE
     OF MARYLAND                                COURT OF APPEALS

                                   \*      OF MARYLAND
         Petitioner

                                   \*      Misc. Docket AG No. 77
v.

                                   \*      September Term, 2013

NEAL MARCELLAS JANEY, SR.            \*

         Respondent.               \*

**ORDER**

The Court of Appeals of Maryland, having considered the Joint Petition for Placement on Inactive Status by Consent, it is this 28th day of April, 2014;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Neal M. Janey, Sr., is hereby placed on Inactive Status by consent; and it is further,

ORDERED, that the Clerk of this Court shall remove the name of Neal M. Janey, Sr. from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

                                     /s/ Lynne A. Battaglia
                                     JUDGE